IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARK AND ALICIA REESE PLAINTIFFS

VS. CIVIL ACTION NO. 1:26-cv-00165-GHD-RP

STATE FARM INSURANCE COMPANY,
UNKNOWN CORPORATIONS A-Z,
AND JOHN DOES 1-50 DEFENDANTS

**AGREED ORDER SUBSTITUTING DEFENDANT**

This matter came before the court on the motion *ore tenus* of the Plaintiffs to correct the name of the Defendant, who was improperly named as "State Farm Insurance Company" a non-entity, and to substitute in its place State Farm Fire and Casualty Company, which issued the policy at issue in this matter. The Court, being advised that counsel for State Farm Fire and Casualty Company has no objection, finds the request to be well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that State Farm Fire and Casualty Company is substituted as the correct defendant in this matter for State Farm Insurance Company. The Plaintiff shall not be required to file an amended complaint, it being recognized that the allegations in the Plaintiff's Complaint against "State Farm Insurance Company" were directed to State Farm Fire and Casualty Company and State Farm Fire and Casualty Company need not file a new answer, as it answered in its correct name initially. All future pleadings should name the correct defendant, State Farm Fire and Casualty Company, and the Clerk of the Court is directed to likewise correct the Defendant's name.

SO ORDERED AND ADJUDGED, this the 1st day of September, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE

AGREED TO AND APPROVED:

***/s/Gregory W. Harbison***
Gregory W. Harbison, Esq. (MSB # 10198)
Attorney for Plaintiff

***With permission, /s/Michael F. Myers***
Michael F. Myers, Esq. (MSB # 3712)
Attorney for Defendant